**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF ARIZONA; TERRY L. GODDARD, Attorney General for the State of Arizona; ARIZONA DEPARTMENT OF LAW, Civil Rights Division,<br><br>        Plaintiffs - Appellees,<br><br>**ANGELA AGUILAR**,<br><br>        Intervenor-Plaintiff - Appellee,<br><br>  v.<br><br>**ASARCO LLC**,<br><br>        Defendant - Appellant. | No. 11-17484<br><br>D.C. No. 4:08-cv-00441-MWB<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.